*E-filed 2/3/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL ALLIED PRINTING TRADES ASSOCIATION; NORTHERN CALIFORNIA ALLIED PRINTING TRADES COUNCIL, an agent of the International Allied Printing Trades Association,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN LITHOGRAPHERS, INC.,<br><br>　　　　Defendant.<br>_____/ | Case No. C05-02947 HRL<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION HEARING** |

Defendant's request to appear telephonically at the February 7, 2006 motion hearing is GRANTED.

**IT IS SO ORDERED.**

Dated: 2/3/06　　　　　　　　　　　　　　　　　　　　/s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  Bruce A. Harland      courtnotices@unioncounsel.net, bharland@unioncounsel.net

3  Andrea Laiacona      courtnotices@unioncounsel.net

4  Robert L. Rediger     rrediger@rmlaw.net

5  William A. Sokol      courtnotices@unioncounsel.net

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 2/3/06

                                      /s/ RNR
Chambers of Magistrate Judge Howard R. Lloyd

2